perfectly clear that plaintiff has developed all the facts bearing upon the controversy, the complaint will be dismissed, with appropriate costs in the court below. All concur.

Anna TODJOWSKI, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Beulah H. TOMPERS v. Julius N. TOMPERS. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

TOWN OF NORTH HEMPSTEAD, respondent, v. Louise H. LEEDS, appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs; trial changed to Kings county. While jurors, intelligent, conscientious, and impartial, may be had in Nassau county, utterances in public prints and posters and the agitation resulting in the recent local election, with the wide interest in town litigations for recovery of shore frontage, make it safer to hold this trial in another county, wholly removed from any local feeling. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

Ethel TRAUB, respondent, v. THE CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict was against the greater weight of the evidence. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

In the Matter of the election of the TRUSTEES OF THE SHILOH BAPTIST CHURCH. Petition of Henry SCOTT et al. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order affirmed, with $10 costs and disbursements. New election ordered to be held July 11, 1916, at 9 p. m. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Nicholas TURCHIN, plaintiff, v. MATHESON LEAD COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion to resettle order granted.

Celie G. TURNER, Respt., v. CRYSTAL FILM CO., Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order reversed, with costs, and complaint dismissed, with costs. No opinion. Order filed.

Benjamin TUSKA v. HELLER, HIRSH & CO. et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Giuseppe TUZZEO, suing, etc., Applt., v. AMERICAN BONDING CO. OF BALTIMORE, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

TWENTY-THIRD WARD BANK OF THE CITY OF NEW YORK, Appellant, v. Frederick A. BROHMER and Charles Brohmer, Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Appeal from Trial Term, New York County. Judgment for defendant, and from it, and an order denying new trial, plaintiff appeals. Reversed, and new trial ordered.

PER CURIAM. The judgment and order appealed from are reversed, and a new trial ordered, with costs to the appellant to abide event, upon the ground that the verdict is against the evidence, and the finding that the bank had notice of the dissolution of the partnership is reversed.

DOWLING, J., dissenting, and voting for affirmance.

William G. TYLER, respt., v. HOUCK MFG. CO., imp., etc., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order reversed, with costs and complaint dismissed, with costs. Held, that there is a failure of proof of actionable negligence on the part of the defendant. All concur, except Kruse, P. J., and Foote, J., who dissent and vote for affirmance.

John TYRELL v. CITY OF NEW YORK (six cases). (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motions to dismiss appeals granted, with $10 costs in each. Orders filed.

Abram S. UNDERHILL, respondent, v. Esther WALLIN et al., defendants. Joseph Dubinsky, appellant. Actions Nos. 1 and 2. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Nicholaus J. UNGER, appellant, v. Mary A. NICOLL, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

UNION BANK OF BROOKLYN, respondent, v. Lida M. FLEITMANN, as administratrix, etc., of F. Augustus Heinze, deceased, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment affirmed, with costs, on authority of Union Bank v. Fleitman, 168 App. Div. 171, 153 N. Y. Supp. 929. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

UNITED PAPER BOARD CO., applt., v. IROQUOIS PULP AND PAPER CO., respt. (Supreme Court, Appellate Division, Third De-